| | | |
|---|---|---|
| **NIELSEN AUDIO, INC.** | * | IN THE |
| **f/k/a ARBITRON INC.** | * | |
| **9705 Patuxent Woods Drive** | * | |
| **Columbia, Maryland 21046-1572** | * | CIRCUIT COURT |
| | * | |
| *Plaintiff* | * | |
| | * | |
| v. | * | FOR |
| | * | |
| | * | |
| **FLINN BROADCASTING CORPORATION** | * | BALTIMORE CITY |
| **6080 Mount Moriah Road Exit** | * | |
| **Memphis, TN 38115-2645** | * | |
| | * | |
| **SERVE ON:** | * | Case No.: _____ |
| **GERORGE S. FLINN, JR., R.A.** | * | |
| **1325 Eastmoreland Ave., Ste. 545** | * | |
| **Memphis, TN 38104-7510** | * | |
| | * | |
| *Defendant* | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## COMPLAINT

Plaintiff, Nielsen Audio, Inc. f/k/a Arbitron Inc. ("Plaintiff" or "Nielsen"), by and through

its attorneys Alan F. M. Garten and Fedder and Garten Professional Association, sues Defendant,

Flinn Broadcasting Corporation ("Flinn"), and states as follows:

1.      Plaintiff, Nielsen, is a Delaware corporation qualified to do business in the State

of Maryland. Nielsen's principal place of business is located at 9705 Patuxent Woods Drive,

Columbia, Maryland 21046.

2.      On or about September 30, 2013, Nielsen Audio, Inc. acquired Arbitron Inc. and

assumed all rights and obligations under the undermentioned Agreements. On or about October

11, 2013, Arbitron Inc.'s corporate name was amended to Nielsen Audio, Inc. See State of

Delaware Certificate of Amendment of Certificate of Incorporation, attached hereto as Exhibit 1.

3.      Defendant, Flinn, is a corporation organized under the laws of Tennessee. At all relevant times, Flinn participated in the management, control and operation of radio stations in Memphis, Tennessee with the call letters KXHT-FM, WHBQ-AM, WHBQ-FM, WIVG-FM, and WPGF-LP.

4.      On or about September 20, 2013, Flinn and Nielsen entered into the Radio Station License Agreement to Receive and Use Arbitron PPM™ Data and Estimates and an Attachment to Radio Station License Agreement to Receive and Use Arbitron PPM™ Data and Estimates (collectively, the "Agreements"). See copy of Agreement, attached hereto as Exhibit 2.

5.      Flinn consented to the jurisdiction of this Court in which to litigate disputes pursuant to ¶ 15(b) of the Agreements. It states, in pertinent part:

> The parties expressly agree that any and all disputes arising out of or concerning this Agreement or the Arbitron Data or Reports licensed hereunder shall be litigated and adjudicated exclusively in State and/or Federal Courts located in either the State of New York or the State of Maryland, at Arbitron's option, and each party consents to and submits to both such jurisdictions. See Ex. 2.

6.      This Court has subject matter jurisdiction over this action pursuant to Md. Code Ann., Cts. & Jud. Proc. § 4-401, as the amount in controversy exceeds the jurisdictional limit of the District Court. The Complaint seeks damages greater than $75,000.00

7.      At all times material to this action, Nielsen was engaged in the business of, among other things, providing data and reports concerning audience measurement of radio listening within designated survey areas throughout the United States. Nielsen collects radio audience listening data from which it then produces estimates and reports (the "Arbitron Reports"). Arbitron Reports are and have been, at all material times, individually and collectively original works of authorship uniquely created by Plaintiff's own skill, expertise, opinion, labor and judgment. Arbitron Reports, research services and other data are licensed to subscribers pursuant

to the terms of written agreements. The subscribers are granted licenses to use the Arbitron Reports, which remain at all times the sole and exclusive property of Arbitron.

## COUNT I – BREACH OF CONTRACT

8.      Nielsen has performed all of its obligations and conditions precedent under the Agreements.

9.      Flinn has failed to pay the amounts due under the Agreements.

10.     Flinn, therefore, is in material breach of the Agreements. The total billing amount owed to Nielsen is $136,872.88 for which Nielsen has rendered to Flinn invoices reflecting the amounts due and outstanding. See Summary of Outstanding Invoices Report, attached hereto as Exhibit 3; and copy of Invoices, attached hereto as Exhibit 4.

11.     In addition to the license fees that Flinn owes as reflected above, Flinn now owes Nielsen a contractual late fee. The Agreement provides, in pertinent part, as follows:

> A late payment charge of one and one-half percent (1.5%) per month will be charged on all Periodic Charges, as adjusted, which are not paid within 60 days after due hereunder . . . . Any failure to impose a late payment charge shall not prejudice Arbitron's right to do so should the default continue or should a subsequent payment not be made when due. See Exhibit 2 at ¶ 5(a).

As such, pursuant to the Agreements, a monthly interest charge has been, and continues to be, added to the balance owed to Nielsen by Flinn. Interest charges through March 14, 2016 are $16,287.12. See copy of Interest Worksheet, attached hereto as Exhibit 5.

12.     Flinn also owes Nielsen for its reasonable attorneys' fees and costs and expenses of collection. See Exhibit 2, at ¶ 5(d) which states: "Station further agrees to reimburse Arbitron for all collection costs and expenses (including reasonable attorneys' fees) incurred hereunder." Nielsen is seeking attorneys' fees in the amount of fifteen percent (15%) of the accrued amount due which amounts to $22,974.00. See Ex. 5.

13.     Although payment has been duly demanded, Flinn has failed to pay the sums owed.

WHEREFORE, Plaintiff requests that this Honorable Court enter a judgment in Nielsen Audio, Inc. f/k/a Arbitron Inc.'s favor against Defendant, Flinn Broadcasting Corporation, for damages in excess of $75,000.00, as well as additional incidental and consequential damages; and other and further relief as this Court deems just and proper.

_____
Alan F. M. Garten
Fedder and Garten Professional Association
36 South Charles Street
Suite 2300
Baltimore, Maryland 21201
410-539-2800 (t)
410-659-0543 (f)
amg@fedgar.com
*Attorneys for Plaintiff*

# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE **          ** KEEP WITH DOCUMENT **

DOCUMENT CODE _32A_  BUSINESS CODE _____

\# _F 00270009_                    _DE_

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

_____

```
ID # F00270009 ACK # 1000362005946761
PAGES: 0003
NIELSEN AUDIO, INC.
                                MAIL
                                BACK
01/27/2014  AT 03:46 P WO # 0004250876
```

New Name _Nielsen Audio, Inc._

### FEES REMITTED

| | | |
|---|---|---|
| Base Fee: | _25_ | |
| Org. & Cap. Fee: | _50_ | |
| Expedite Fee: | | |
| Penalty: | | |
| State Recordation Tax: | | |
| State Transfer Tax: | | |
| Certified Copies | | |
| Copy Fee: | | |
| Certificates | | |
| Certificate of Status Fee: | | |
| Personal Property Filings: | | |
| Mail Processing Fee: | _5_ | |
| Other: | | |
| TOTAL FEES: | _80_ | |

_✓_ Change of Name
___ Change of Principal Office
___ Change of Resident Agent
___ Change of Resident Agent Address
___ Resignation of Resident Agent
___ Designation of Resident Agent
      and Resident Agent's Address
___ Change of Business Code

___ Adoption of Assumed Name
_____

___ Other Change(s)
_____
_____

Code _161_

Attention: _____

Credit Card _____    Check _✓_    Cash _____

_____ Documents on _____ Checks

Approved By: _MW/9_

Keyed By: _____

COMMENT(S):

Mail: Names and Address

```
HARBOR CITY RESEARCH, INC.
STE 900
201 N CHARLES ST
BALTIMORE MD 21201-4102
```

```
CUST ID:0003034296
WORK ORDER:0004250876
DATE:01-28-2014 01:18 PM
AMT. PAID:$470.00
```

EXHIBIT

1

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:41 PM 10/11/2013*
*FILED 01:34 PM 10/11/2013*
*SRV 131189215 - 0031910 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

**FIRST:** That at a meeting of the Board of Directors of

Arbitron Inc.

resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

**RESOLVED**, that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered "_____ARTICLE I_____" so that, as amended, said Article shall be and read as follows:

The name of the corporation (the "Corporation") is Nielsen Audio, Inc.

**SECOND:** That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

**THIRD:** That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF**, said corporation has caused this certificate to be signed this ____11th____ day of ____October____, 20 13 .

By: _____/s/ Mark Borino_____
Authorized Officer

Title: __Vice President and Assistant Secretary__

Name: _____Mark Borino_____
Print or Type

# Radio Station License Agreement to Receive and Use Arbitron PPM™ Data and Estimates

Date of Proposal: September 20, 2013

THIS AGREEMENT is between Arbitron Inc., a Delaware corporation ("Arbitron"), and the undersigned radio broadcaster ("Station"), a Tennessee corporation. Arbitron hereby grants to Station, for the radio station(s) listed below, a personal, nontransferable, nonexclusive, limited license to receive and use, in the United States, Arbitron data and audience estimates ("Arbitron Data" or "Data" or "PPM Data") contained in Arbitron's reports for the survey(s) and for the geographic area ("Market") described in Section 1. Such Arbitron Data may be furnished to Station in printed, electronic or other form ("Reports"), at Arbitron's option, but title thereto shall remain with Arbitron at all times. Arbitron hereby grants to Station, for the radio station(s) listed below, a personal, nontransferable, nonexclusive, limited license to receive and use, in the United States, the computer programs designated on the Agreement Attachments ("Systems"). Such Agreement Attachments are hereby incorporated by reference as if fully set forth herein. Title to the Systems shall remain with Arbitron, or its third party application provider, as the case may be, at all times. Collectively the Data, Reports, and/or Systems may be referred to as "Services". As further consideration for the use of the Data and/or Systems, Licensee agrees to encode its audio-based and/or audio/video-based media content as set forth in a separate encoding agreement.

**1. Services Provided; Term:** This Agreement shall become effective when countersigned by Arbitron's Contract Manager and shall be for a period of _2_ years _0_ months beginning and ending on the dates described below (the "Term"). This Agreement will continue without regard to Station's ownership of the radio station(s) licensed hereunder absent a valid Assignment pursuant to Section 11 of this Agreement.

Broadcaster ("Station"): _Flinn Broadcasting Corporation_

For use only by radio station(s): _See Schedule A_

Arbitron Radio Geographic Area ("Market"): _See Schedule A_

Term begins _See Schedule A_ ; ends _See Schedule A_

Number of surveys currently provided during first Term year: _13_

Reports currently licensed hereunder: ☒ January ☒ February ☒ March ☒ April ☒ May ☒ June ☒ July ☒ August ☒ September ☒ October ☒ November ☒ December ☒ Holiday Survey

First Report: _See Schedule A_

All representations in this Section regarding number of surveys and Report titles are subject to qualifications set forth in Section 6(a) herein.

**2. Annual Rate:**
A License Charge in the form of a Net Annual Rate for each year of the Term, which may be subject to adjustments and discounts pursuant to Sections 3, 4, 6 and 11 of this Agreement, shall be paid by Station with the first of _____ payments (the "Periodic Charge" or "Charge") due on _See Schedule A_ . The Gross Annual Rate for the first Term year is $ _See Schedule A_ .

For each succeeding Term year, the Gross Annual Rate shall be the Gross Annual Rate for the previous Term year increased by a factor of _____ percent. Any applicable discounts or other adjustments will be applied thereafter to the Gross Annual Rate so derived. Arbitron shall have the right to readjust the Gross Annual Rate based on the then-current diary rate at the time of commercialization of Data and/or Reports and/or Systems.

**3. Discounts:**
(a) Continuous Service Discount: A discount of ten percent (10%) in calculating the Periodic Charge shall be allowed for each month in

excess of twelve (12) consecutive months that Station is continuously licensed to use the Arbitron Data for this Market, provided that such discount shall no longer apply if Station fails to sign and return this Agreement to Arbitron within forty-five (45) days after termination of a prior "Station License Agreement to Receive and Use Arbitron Listening Estimates", or individual market(s) licensed under such prior agreement, or this Agreement.

(b) Group Discount: If Station owns two or more radio stations located in different markets and such radio stations are under common ownership as defined by Arbitron, then such radio stations are eligible for a Group Discount based on the number of subscribing radio stations owned at the time this Agreement is executed, which discount may vary and be adjusted during the Term of this Agreement in accordance with Arbitron's Group Discount Schedule should the number of subscribing commonly owned radio stations change.

(c) Long-Term Discount: A discount of
_N/A_ % in months 1-12,      _N/A_ % in months 13-24,
_N/A_ % in months 25-36,      _____ % in months 37-48,
_____ % in months 49-60,
shall be allowed in calculating the Net Annual Rate charged during the applicable months.

**4. Periodic Charge; Taxes:** The Periodic Charge, due and payable by Station on the first day of each billing period, shall be: (a) the Gross Annual Rate plus any applicable Continuous Service Discount; (b) less any applicable Continuous Service Discount; (c) less, from the amount thereby derived, any applicable Group Discount; (d) less, from the amount thereby derived any applicable Long-Term Discount; (e) with such amount prorated equally between the number of payments for the Term year.

In addition to and together with the above payments, Station shall pay to Arbitron any sales, excise, gross-receipts, service, use or other taxes, however designated, now or hereafter imposed upon or required to be collected by Arbitron by any authority having jurisdiction over the Market being surveyed or over any location to which Station directs Arbitron to deliver Data, or by any other taxing jurisdiction.

**5. Late Payment Charge and Right to Suspend Report Delivery or Terminate License:**

(a) A late payment charge of one and one-half percent (1.5%) per month will be charged on all Periodic Charges, as adjusted, which are not paid within 60 days after due hereunder, but in no event will the applicable per-month late payment charge exceed one-twelfth of the maximum annual percentage allowed to be charged by applicable state usury law. Any failure to impose a late payment charge shall not prejudice Arbitron's right to do so should the default continue or should a subsequent payment not be made when due.

(b) In the event Station is in default in its payment obligations hereunder, and in addition to Arbitron's right to impose a late payment charge, Arbitron may, with respect to this Agreement and/or any other agreement for Station's use of services licensed by Arbitron in this Market or an adjacent market, and without terminating, breaching or committing a default under this Agreement or such other agreements: (i) accelerate or modify in any way the payment schedule of Periodic Charges for the duration of this Agreement or such other agreement(s) to a number of installments to be determined by Arbitron in its discretion; and/or (ii) suspend delivery to Station of any Data or Report(s), in any form, which are due until such time as Station is current in its payments of all sums due; and/or (iii) send Station written notice that Station's license hereunder is suspended, in which case Station further expressly agrees that it thereafter shall not use Data and/or Reports and/or Systems previously received by Station until such time as Station becomes current in its payments of all sums due for services licensed by Arbitron. Acceleration by Arbitron under this

© 2011, 2012 Arbitron Inc.
Arbitron RSS - PPM Radio Station License Agreement 04/12 v3

ARBITRON

Initials here



EXHIBIT
2

provision shall not be deemed or considered a penalty but rather represents a good faith effort to quantify the harm that is reasonably related at the time of execution of the contract to Station's failure to pay the License Charges for the entire term, as due under this Agreement.

(c) In the event Station is in default in its payment obligations under this Agreement or under any other agreement for Sintion's use of services licensed by Arbitron in this Market or an adjacent market, then Arbitron may exercise any or all of its rights set forth in Section 5(b) of this Section 5 with respect to any such agreement entered into with Arbitron by Station or any of Station's affiliated, subsidiary or related corporations or entities regardless of whether such other agreements are in default. For purposes of this Section 5(c), a corporation or entity shall be deemed to be affiliated with or related to Station if (i) such corporation or entity owns or controls more than a fifty percent (50%) interest in Station and/or it enters or has entered into any management agreement, joint operating agreement or other business relationship with Station; or (ii) Station owns or controls more than a fifty percent (50%) interest in such corporation or entity and/or it enters or has entered into any management agreement, joint operating agreement or other business relationship with such corporation or entity; or (iii) a third party owns or controls more than a fifty percent (50%) interest in, and/or enters or has entered into, any management agreement, joint operating agreement or other business relationship with both Station and such corporation or entity.

(d) Arbitron's suspension hereunder of delivery of Data and/or Reports to Station, and of this License, shall not relieve Station of any of its obligations hereunder. Station further agrees to reimburse Arbitron for all collection costs and expenses (including reasonable attorneys' fees) incurred hereunder. This license may be terminated immediately by Arbitron should Station or its station(s) default in payment of any sum due or should Station or its station(s) default in any other condition or obligation of this Agreement and/or any other agreement for Station's use of services licensed by Arbitron.

## 6. Changes In Service; Modification of Rates:

(a) Arbitron reserves the right to change at any time the geographical territory comprising any Market, its policies and procedures, survey dates, survey length, survey frequency; sampling procedures, delivery schedules, methodology, method of Data or Report collection or delivery, provision of printed or electronic copies of Reports, Report content, Report titles, Report format, or any other aspect of the Data, Reports, and/or Systems provided hereunder, and to cancel surveys and the preparation of Arbitron Data and Reports or any other aspect of the Data services provided.

Arbitron reserves the right not to publish any Data or Reports whenever, in its judgment, insufficient data are available to meet its minimum research standards or any event has jeopardized the reliability of the data. In the event that Data and/or Reports are not published, Station shall receive a credit reflecting the pro rata value of the Net Annual Rate for said Data and/or Report(s). Without limiting the foregoing, Station expressly understands and agrees that Arbitron may, at any time during the Term of this Agreement, reduce the number of surveys conducted and/or Reports published for any Market and consequently reduce the number of Reports provided to Station and that, in the event such reduction occurs, Station is not relieved of any of its obligations under this Agreement.

(b) In the event that any cause(s) prevents Arbitron from conducting any survey in accordance with its methodology, schedules or other publications, Arbitron reserves the right to publish abbreviated Report(s). Station hereby consents to publication of such abbreviated Report(s) under such circumstances. In the event that such an abbreviated Report covers a substantially decreased geographic area, or deletes twenty-five percent (25%) or more of the survey days from the aggregate number of days scheduled, Station shall be entitled to either a proportionate credit for the abbreviated Report, or, upon written certification provided to Arbitron within ten (10) days of receipt of such report, that all copies of such abbreviated report have been destroyed and that Station will not use such abbreviated report, a full credit for the abbreviated Report, at Station's option, provided however,

that if Station elects to destroy an abbreviated Report and receive full credit, Station shall no longer be licensed to use that Report during the remainder of the Term of this Agreement. Further, Arbitron reserves the right in its sole discretion to augment available data by means of expanded or extended samples and Station agrees it shall not be entitled to any credit in such event.

(c) Arbitron may increase the Gross Annual Rate hereunder at any time. If Arbitron increases the Rate for a reason other than as permitted elsewhere in this Agreement, it shall give prior written notice to Station. Station may, within a 30-day period following such notice, cancel the unexpired Term of the Agreement for only the Data and/or Reports and/or Services and Market for which Arbitron has increased its Rate pursuant to such notice, by written notice pursuant to Section 15(a), without cancellation charge or other cost, effective on the date the new Gross Annual Rate would have become effective. In the absence of such timely cancellation, this Agreement shall continue and the new Gross Annual Rate shall become payable as stated in Arbitron's notice and thereafter.

## 7. Permitted Uses and Confidentiality: Subject to the restrictions stated herein and to the permitted uses set forth in Arbitron's publication entitled *Working with Arbitron's Copyrighted Estimates* available to all Arbitron licensees and posted on Arbitron's Web site at *www.arbitron.com*, Station agrees to limit its uses of the Arbitron Data and Report(s) to its programming and media selling and for the purposes of internal business analysis. Station understands and agrees that this use is limited exclusively to the radio station(s) specified in Section 1 of this Agreement and only for the Term of this Agreement. In this connection, Station agrees that the Arbitron Data and/or Report(s) will only be disclosed:

(a) directly or through its Station representatives to advertisers, prospective advertisers and their agencies for the purpose of obtaining and retaining advertising accounts; and

(b) through advertising or other promotional literature as permitted hereunder.

All such disclosures shall identify the Data as PPM data and identify Arbitron as the source of the disclosed Arbitron PPM audience Data and/or Report(s) and should identify the Market, survey period and type of audience estimate, daypart and survey area and shall state that the Arbitron Data and/or Report(s) quoted therein are copyrighted by Arbitron and are subject to all limitations and qualifications disclosed in the Data and/or Report(s) ("Sourcing"). At all times during the Term of this Agreement and thereafter, Station agrees to keep the Arbitron Data and/or Report(s) and/or Services confidential and not to disclose the same except as permitted by this Agreement. Station agrees to use its best efforts to prevent the unauthorized disclosure of Arbitron Data and/or Report(s) and/or Services by Station's employees and/or its radio station(s)'s employees and their advertising agencies, by data processing firms, and by all other persons who obtain the Arbitron Data and/or Reports and/or Services from Station or its radio station(s)'s employees or agents. For Station or its radio station(s) to divulge any Arbitron Data and/or Report(s) and/or Services to a nonsubscribing station or to lend and/or give an original copy or any reproduction of any part of any Data and/or Report(s) and/or Services or any Arbitron Data and/or Reports and/or Services to any person or entity not authorized by this Agreement constitutes a breach of this Agreement and an infringement of Arbitron's and/or its third party data and/or service provider's copyright.

Station acknowledges that all logos, trade names, trademarks or service marks and other such intellectual property, are the sole and exclusive property of Arbitron and, where indicated, of other entities. Station agrees it shall not use any such intellectual property without the express written consent of its owner.

---

* *Station(s) should refer to current regulations and guidelines of the federal government for further requirements concerning the manner of quoting audience estimates.*

Initials here

In the event that a Report listed in Section 1 of this Agreement is delivered after the expiration of the Term of this Agreement, Station's license to use that Report shall continue under the terms and conditions of this Agreement until the earlier of: (i) the release of the next survey Report in the applicable licensed Market, or (ii) six (6) months after release of the Report

Station may authorize a third party to process the Data licensed hereunder on Station's behalf, provided: (1) that said third party is a then current Arbitron licensee in good standing who is authorized to process the Data and (2) that all restrictions concerning the use of the Data provided under this Agreement shall apply with full force and effect to any data, estimates, reports or other output, in any form, containing or derived from the Data, produced by said third party for Station.

**8.  Confidentiality of Arbitron Survey Participants:** Station agrees that it will not try either before, during or after a survey, or in connection with any litigation, to determine or discover the identity or location of any Arbitron survey participant. Station will under no circumstances directly or indirectly attempt to contact any such persons. Station agrees to promptly report to Arbitron any evidence or indication that has come to Station's attention regarding the identity or location of any such persons. Station agrees to abide by Minimum Standard A9 (or any successor provision concerning confidentiality of survey respondents) of the  Media Rating Council and shall abide by any determination of the  Media Rating Council concerning survey participant confidentiality. Station further agrees that Arbitron may enjoin any breach of the above-stated obligations and shall have the right to damages or other remedies (including costs, expenses and reasonable attorneys' fees) available to it at law or hereunder.

**9. Methodology:**  ARBITRON MAKES NO WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY OF MERCHANTABILITY, FITNESS, NON-INFRINGEMENT, OR TITLE CONCERNING THE SERVICES PROVIDED HEREUNDER, INCLUDING BUT NOT LIMITED TO:

(A) DATA GATHERED OR OBTAINED BY ARBITRON FROM ANY SOURCE;

(B)  THE PRESENT OR FUTURE METHODOLOGY EMPLOYED BY ARBITRON IN PRODUCING ARBITRON DATA AND/OR REPORT(S) AND/OR SERVICES; OR

(C) THE ARBITRON DATA AND/OR    REPORT(S) AND/OR SERVICES LICENSED HEREUNDER.

ALL ARBITRON DATA AND/OR REPORT(S) REPRESENT ONLY THE OPINION OF ARBITRON. RELIANCE THEREON AND USE THEREOF BY STATION IS AT STATION'S OWN RISK. THE PPM RATINGS ARE BASED ON AUDIENCE ESTIMATES AND ARE THE OPINION OF ARBITRON AND SHOULD NOT BE RELIED ON FOR PRECISE ACCURACY OR PRECISE REPRESENTATIVENESS OF A DEMOGRAPHIC OR RADIO MARKET.

THE SYSTEMS PROVIDED HEREUNDER ARE PROVIDED TO STATION "AS IS – WHERE IS" AND RELIANCE THEREON AND USE THEREOF BY STATION IS AT STATION'S OWN RISK.

IN NO EVENT SHALL ARBITRON BE LIABLE FOR THE FAILURE OF ANY THIRD PARTY TO PROVIDE ANY DATA OR SERVICES FOR USE IN CONNECTION WITH THE DATA, REPORTS, SYSTEMS AND/OR SERVICES LICENSED HEREUNDER.

**10. Liabilities and Limitations of Remedies:** THE SOLE AND EXCLUSIVE REMEDY, AT LAW OR IN EQUITY, FOR ARBITRON'S AND/OR ANY THIRD PARTY DATA AND/OR SERVICE PROVIDER'S BREACH OF ANY WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY OF MERCHANTABILITY, FITNESS, NON-INFRINGEMENT, OR TITLE, AND THE SOLE AND EXCLUSIVE REMEDY FOR ARBITRON'S AND/OR ANY THIRD PARTY DATA AND/OR SERVICE PROVIDER'S LIABILITY OF ANY KIND, INCLUDING WITHOUT LIMITATION LIABILITY FOR NEGLIGENCE OR DELAY WITH RESPECT TO THE ARBITRON DATA AND/OR REPORTS AND/OR SERVICES AND ALL PERFORMANCE PURSUANT TO THIS AGREEMENT, SHALL BE LIMITED TO A CREDIT TO STATION OF AN AMOUNT EQUAL TO, AT THE MAXIMUM AMOUNT, THE LICENSE CHARGE PAID BY STATION WHICH IS ATTRIBUTABLE TO THE MATERIALLY AFFECTED DATA OR REPORT OR SERVICES. IN NO EVENT SHALL ARBITRON AND/OR ANY THIRD PARTY DATA OR SERVICE PROVIDER BE LIABLE FOR SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, NOR SHALL THEY BE SUBJECT TO INJUNCTIVE RELIEF WITH RESPECT TO THE PUBLICATION OF ANY DATA AND/OR REPORT AND/OR SERVICE. STATION UNDERSTANDS THAT THE DATA AND/OR REPORTS AND/OR SERVICE EITHER WOULD NOT BE PREPARED OR WOULD BE AVAILABLE ONLY AT A SUBSTANTIALLY INCREASED LICENSE CHARGE WERE IT NOT FOR THE LIMITATIONS OF LIABILITIES AND REMEDIES AS SET FORTH IN THIS SECTION.

Station agrees that it will notify Arbitron in writing of any alleged defect in any Data and/or Report and/or System within thirty (30) days after Station learns of said alleged defect. In the event that Station does not timely notify Arbitron, then Station waives all rights with regard to said alleged defect. Station further agrees that any action to be brought by it concerning any Data and/or Report and/or System shall be brought not more than one (1) year after such Data or Report was originally published by Arbitron.

In the event that either party commences litigation against the other party and fails to ultimately prevail on the merits of such litigation, the commencing party shall reimburse and indemnify the other party from any and all costs and expenses incurred with respect to such litigation, including reasonable attorneys' fees, provided, however, that this sentence shall not apply where Arbitron commences litigation pursuant to Sections 5, 7 or 8 of this Agreement. This provision shall survive the termination of this Agreement.

**11. Assignments and Changes in Station Status:**  Station may not assign either its rights or obligations under this Agreement without the prior written consent of Arbitron. Subject to Arbitron's consent, a successor-in-interest by merger, operation of law, assignment, purchase or otherwise of the entire business of Station shall acquire all rights and be subject to all obligations of Station hereunder. In the event that Arbitron consents to the assignment of this Agreement, Arbitron reserves the right to redetermine the rate to be charged to the assignee in accordance with the terms of this Agreement. Arbitron shall be entitled to assign any of its rights or obligations under this Agreement, including the right to receive License Charges payable hereunder.

Station acknowledges and agrees that the License Charge due and the adjustments and discounts applied hereunder are based on Station's group ownership status and/or any joint operating agreement with one or more other radio stations and/or Station's ownership of radio stations in this Market or other Markets. In the event Station conveys any one of its radio stations, Station remains fully obligated for the License Charge specified for any radio station covered by the terms of this Agreement. Station may only be released from such obligations upon valid assignment of this Agreement and subject to the terms thereof.

Station agrees that if at any time it changes or has changed its ownership, operating or sales policy (including, but not limited to, the use of digital subchannels and Internet streaming), frequency, broadcasting arrangements, group or business relationships of the station(s) licensed under this Agreement, or if it enters or has entered into any management or other business relationship with another radio station in any Market and/or its adjacent Market(s), or if it enters or has entered into any joint operating agreement with one or more other radio stations, or if it is or was purchased or controlled by an entity owning or otherwise controlling other radio stations in any Market and/or its adjacent Market(s), or if it purchases, or an entity which is in any manner controlled by it purchases, at any time, another radio station in any Market or its adjacent Market(s), Station and its radio station(s) will report the change and the effective date thereof to Arbitron within twenty (20) days of such change. In the event of such occurrence, Station agrees that such station(s) shall be licensed under this Agreement and that Arbitron may redetermine the Gross Annual Rate for the Data, Reports, and/or Services pursuant to the then current Arbitron rate card in order to license such additional station(s), effective the first month following the date of the occurrence. Notwithstanding

Initials here

Station's failure to notify Arbitron, pursuant to the provisions of this Section 11, Arbitron may redetermine Station's Gross Annual Rate for all Data, Reports, and/or Services, based on the foregoing, effective the first month following the date of the occurrence.

Station further agrees that if the parent company or other controlling entity of Station, or any entity in any manner related to Station, purchases or otherwise acquires a controlling interest in a radio station in Station's Market that is not licensed by Arbitron for the same Data, Reports and/or Services, then Arbitron may redetermine Station's Gross Annual Rate based on such occurrence as described in this Section 11.

In the event Arbitron increases Station's Gross Annual Rate as a result of an occurrence as described in this Section, then Arbitron shall amend this Agreement to permit use of the Data, Reports and/or Services by the additional radio station(s) prompting the increase.

**12. Other Arbitron Services and Reports:** If, during the Term of this Agreement, Station orders any Arbitron services or report(s) not licensed through any other Arbitron agreement, Station hereby agrees that this Agreement shall be applicable with respect to all such services and/or reports with the same force and effect as if printed out at length in a separate document executed by Station.

**13. Ratings Distortion Activity:**

(a) Station agrees that it shall not engage in any activities which are determined by Arbitron to be ratings distortion. Such prohibited activities may include, but are not limited to, activities which could:

(i) cause any survey participant to misrepresent to Arbitron demographic composition of any member of the household in which he or she resides; or

(ii) cause any survey participant to surrender control of his or her PPM meter to any party determined by Arbitron to be media-affiliated; or

(iii) constitute use of Arbitron's encoded signal for purposes unauthorized by Arbitron; or

(iv) cause the identity of a PPM panelist to become known other than to Arbitron; or

(v) could cause participation in the survey by a media-affiliated individual

(b) Station further agrees that Arbitron may delete all estimates of listening to Station and/or its radio station(s) from any Data, Reports, computer media and/or other Arbitron service or method of delivery where, in its judgment it has deemed that Station or its radio station(s) has engaged in such activities. Arbitron shall:

(i) first give Station and its radio station(s) notice setting forth what activities it deems Station and its radio station(s) have engaged in which allegedly could cause or have caused ratings distortion;

(ii) present evidence to substantiate the allegations set forth in (i) above; and

(iii) give Station and its radio station(s) reasonable opportunity (in light of Arbitron's publication schedule for any Report) to present its position both in writing and orally.

In the event that Station or its radio station(s) is notified by Arbitron that allegations of ratings distortion have been made against Station or its radio station(s), then Station or its radio station(s) shall submit a written response to Arbitron's inquiry concerning the allegations within seven (7) days from the receipt of Arbitron's notice, which time may be shortened by Arbitron for reasons relating to the Report publication schedule. Arbitron shall then advise Station or its radio station(s) of its decision following its receipt of Station's or its radio station(s)' written response or oral presentation. All such writings shall be addressed and sent to the respective party by facsimile, overnight courier service, or certified mail with return receipt requested. In the event that estimates of listening to Station and/or its radio station(s) are deleted from a Report(s) (and/or other Arbitron services) following the procedure set forth above, Station and its radio station(s) agree that the only remedy for such deletion shall be a credit of the License Charge paid by Station for such Report(s) or other affected services and that in no event shall

Arbitron be liable for special, incidental, consequential or punitive damages or be subject to injunctive relief with respect to any such deletion of estimates of listening to Station and/or its radio station(s). In the event that estimates of listening to Station and/or its radio stations are deleted from a Report pursuant to this Section, Arbitron agrees that it will give Station and its radio station(s) an opportunity to submit to Arbitron a written statement (not exceeding 200 words) of Station's and/or its radio station(s)'s views concerning its alleged activities, with such written statement to be published in the Report subject to such reasonable editing deemed necessary by Arbitron. In addition, Station and its radio station(s) agree to abide by the Arbitron policies and procedures governing various special station activities, including, but not limited to, rating bias.

**14. Information to be Provided by Station and Its Radio Station(s):** Station and its radio station(s) agree to provide to Arbitron, within ten (10) days of receipt of Arbitron's request, such information which Arbitron deems necessary for the publication of a Report, including, but not limited to, accurate descriptions of the following information for Station and its radio station(s): (a) facilities; (b) broadcast station names; (c) broadcast hours; (d) simulcast hours; (e) simulcast partners; (f) radio frequency; (g) operating power; (h) format; (i) height of antenna above average terrain; (j) broadcasts by digital subchannels; (k) Internet streaming; and (l) programming information. Station and its radio station(s) further understand and agree to notify Arbitron of any changes to the above-referenced information. Station and its radio station(s) hereby hold Arbitron harmless and agree to indemnify Arbitron from and against any and all loss, cost or expense (including reasonable attorneys' fees) arising out of any omission or error in information provided, or the failure to provide such information to Arbitron by Station and its radio station(s) pursuant to this Section.

**15. General:**

(a) All notices to either party shall be in writing and shall be directed to the addresses stated hereafter unless written notice of an address change has been provided.

(b) This Agreement shall be deemed to be an agreement made under, and to be construed and governed by, the laws of the State of New York, exclusive of its choice of law rules. The parties expressly agree that any and all disputes arising out of or concerning this Agreement or the Arbitron Data or Reports licensed hereunder shall be litigated and adjudicated exclusively in State and/or Federal Courts located in either the State of New York or the State of Maryland, at Arbitron's option, and each party consents to and submits to both such jurisdictions.

(c) This Agreement, together with any Agreement Attachments, constitutes the entire agreement between the parties concerning the subject matter hereof, notwithstanding any previous discussions and understandings; and shall not be deemed to have been modified in whole or in part except by written instruments signed hereafter by officers of the parties or other persons to whom the parties have delegated such authority.

(d) Any litigated question regarding the legality, enforceability or validity of any section or part hereof shall not affect any other section, and if any section or part hereof is ultimately determined illegal, invalid, unconstitutional or unenforceable, that section or part hereof shall be severed from this Agreement and the balance of the Agreement shall thereafter remain in full force and effect for the remainder of the Term.

(e) Arbitron may terminate this Agreement on written notice to Station, effective immediately, in the event that, for any reason, the Services contemplated hereunder are not produced by Arbitron or if Arbitron ceases to produce such Services, without penalty and without liability of any kind to Station. In the event of a termination by Arbitron as provided in this paragraph, Station shall receive a pro-rata refund of any License Charges paid for and for which the corresponding Services were not delivered.

(f) In addition to the rights of termination stated elsewhere in this Agreement, this Agreement, and the license provided hereunder, may be terminated by Arbitron for any or all of the Data, Reports and/or

Initials here

services in any or all of the Markets in which they are licensed, for any reason, on thirty (30) days' written notice to Station. Station agrees that this Agreement shall continue for the markets and services not named in such notice.

(g) The provisions governing payment of taxes, confidentiality of the Data, Reports, and Systems, limitation of liabilities, applicable law, waiver of jury trial, and confidentiality of survey participants shall survive the termination of this Agreement

(h) The failure of Arbitron to enforce any of the provisions of this Agreement shall not be construed to be a waiver of such provisions unless evidenced by an instrument in writing duly executed by Arbitron.

(i) Waiver of Jury Trial: EACH PARTY, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, HEREBY IRREVOCABLY WAIVES ALL RIGHT TO TRIAL BY JURY AS TO ANY ISSUES, DEMANDS, ACTIONS, CAUSES OF ACTION, CONTROVERSIES, CLAIMS OR DISPUTES ARISING OUT OF OR RELATING TO THIS AGREEMENT OR ANY OTHER MATTER INVOLVING THE PARTIES HERETO.

(j) This Agreement supersedes Station's "Master Station License to Receive and Use Arbitron Data and Radio Audience Estimates" for the relevant market(s) under such previous agreement which are replaced by the market(s) set forth in Section 1 of this Agreement. Station hereby agrees to cease using, upon commercialization of the PPM Data and/or Reports provided under this Agreement, any data and/or reports provided under such previous agreement for such affected market(s). Station acknowledges that such previous agreement remains in effect for all other markets other than the affected market(s) under such previous agreement. For all market(s) in which Station currently subscribes to an Arbitron service, Station agrees to subscribe to PPM Data and/or Reports in those market(s) upon the publication of the pre-currency and/or currency PPM Data and/or Reports in such market(s) at the then current Arbitron rate card.

In the event that Arbitron produces pre-currency/transition PPM reports in market(s) prior to releasing the official PPM currency report in such PPM market(s), such pre-currency/transition reports will be licensed at the then current diary-based rates applicable to Station for each such market(s) for the relevant survey periods. Station agrees to license such pre-currency/transition PPM reports at the then-current diary-based rates applicable to Station in such market(s) for the relevant survey periods. Further, Station agrees to use such pre-currency/transition PPM reports solely for internal business analysis and expressly not in connection with any commercial media buying and selling transaction process.

(k) Station hereby expressly consents to: (i) Arbitron sending to Station information advertising the various services that Arbitron provides, whether or not such services are provided under this Agreement, via electronic messaging to include, but not limited to, e-mail, facsimile and text messages, and (ii) use of Station's name and/or call letters in Arbitron customer lists, promotional materials and/or press releases

(l) Upon expiration of or termination of the license and/or this Agreement, Station expressly agrees to: (i) discontinue any use of and completely de-install and remove any Services such as software, Data, Reports, print-outs, publications, advertising materials, or the like, from all equipment and their premises including but not limited to computers, laptops, servers, websites, and/or electronic devices, used or controlled by Station and/or its employees, agents, or affiliates, and (ii) destroy all items (physical or electronic) related to the Services including, but not limited to software, electronic or physical data sets, and/or electronic or physical reports whether located at its office or at another location. Station shall certify such destruction, discontinued use, and/or de-installation has occurred to Licensor in writing.

(m) SQAD Inc ("SQAD") is a third party processor providing data which is incorporated within the Services. Licensee is not required to have a license with SQAD, however, the level of Licensee's access to SQAD data in the Services is directly dependent upon whether or not Licensee has a separate license agreement with SQAD. By the signature of its authorized representative below, Licensee declares that it □ is/ □ is not a subscriber to SQAD data and the foregoing is true and accurate as of the date hereof. If Licensee has declared that it is a subscriber to SQAD data, it affirms that it has entered into a written agreement with SQAD for SQAD data and expressly authorizes Arbitron to contact SQAD on Licensee's behalf, disclose Licensee's relationship with Arbitron hereunder and obtain confirmation of Licensee's SQAD license. Arbitron will contact SQAD from time to time for clearance purposes during the term. In the event that SQAD does not confirm Licensee's status, Licensee shall not receive access to the SQAD data in the Services. Licensee acknowledges that Arbitron is entitled to rely upon the representations of both Licensee and SQAD when determining whether to grant Licensee access to the SQAD data. Licensee hereby agrees to hold Arbitron harmless for any and all damages which may result from SQAD's delay in authorizing Licensee's access or from Arbitron's use of or reliance upon any information provided by SQAD or Licensee. This waiver includes, but is not limited to, all injury and all business or economic loss incurred in connection with Licensee's access or lack of access to the SQAD data.

---

| AGREED TO: | ACCEPTED BY: |
|---|---|

Flinn Broadcasting Corporation
BROADCASTER ("STATION")

See Schedule A
FOR USE ONLY BY STATION(S)

6080 Mt. Moriah Road Ext.
ADDRESS

Memphis          TN    38115
CITY            STATE   ZIP

BY (AUTHORIZED SIGNATURE)

George S. Flinn Jr.
NAME (TYPE OR PRINT NAME OF PERSON SIGNED ABOVE)

General Manager          2/23/12
TITLE                    DATE

CONTRACT MANAGER

DATE

Arbitron Inc.
9705 Patuxent Woods Drive
Columbia, Maryland 21046-1572

#63324

Initials here

# Attachment to Radio Station License Agreement to Receive and Use Arbitron PPM™ Data and Estimates

Date Prepared:   September 20, 2013

This is an Attachment to the Radio Station License Agreement to Receive and Use Arbitron PPM™ Data and Estimates (the "Basic License Agreement") dated September 20, 2013 _____ between Arbitron Inc., a Delaware corporation ("Arbitron") and Finn Broadcasting Corporation ("Station"), and is for the term and Services specified below. The license granted for the Services specified herein is expressly subject to the Basic License Agreement, and any terms and conditions stated below, or on the next page hereof. Station agrees to license the following Services from Arbitron and to pay License Charges as set forth herein and in the Basic License Agreement.

SQAD®:   Licensee ___ is/ ___ is not a subscriber to SQAD INC. data (See SQAD Section)

For use only by: See Schedule A

Ship to Address(es). 8080 Mt Moriah Road Ext, Memphis, TN 38115 - Attn: Bill to Address: Same As Ship To: Attn Accounts Payable
Donald Biggs

## Data Services Ordered

| Data Licensed | New, Renew, Replacement | License Start/End Dates | Rate Yr 1 | Rate Yr 2 | Rate Yr 3 | Rate Yr 4 | Rate Yr 5 | Rate Yr 6 | Rate Yr 7 | Total Annual License Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| Arbitron PPM™ Data | See Sch A | See Sch A | $SeeSchA | $SeeSchA | $ | $ | $ | $ | $ | |
| PPM WebJites℠ Data | | | | $ | | $ | $ | $ | $ | |
| Processor(s) is/are | Tapscan | | | | | | | | | |
| MultiMedia Data | | | $ | $ | $ | $ | $ | $ | $ | |
| Processor(s) is/are | | | | | | | | | | |
| Corporate Roll-Up℠ with Arbitron PPM™ Data | | | $ | $ | $ | $ | $ | $ | $ | |
| Ethnic Data: | | | | | | | | | | |
| ☐ Hispanic | | | $ | $ | $ | $ | $ | $ | $ | |
| ☐ Black | | | $ | $ | $ | $ | $ | $ | $ | |
| National Regional Database (NRD) with Arbitron PPM™ Data | | | $ | $ | $ | $ | $ | $ | $ | |
| Meter/Diary CSAR SDS | | | $ | $ | $ | $ | $ | $ | $ | |
| Meter/Diary CSAR RLD | | | $ | $ | $ | $ | $ | $ | $ | |
| Meter/Diary DMA SDS | See Sch A | See Sch A | $SeeSchA | $SeeSchA | $ | $ | $ | $ | $ | |
| Meter/Diary DMA RLD | See Sch A | See Sch A | $SeeSchA | $SeeSchA | $ | $ | $ | $ | $ | |
| Other: PPM RLD | See Sch A | See Sch A | $SeeSchA | $SeeSchA | $ | $ | $ | $ | $ | |
| Other: Proc Fee | See Sch A | See Sch A | $SeeSchA | $SeeSchA | $ | $ | $ | $ | $ | |
| Other: | | | $ | $ | $ | $ | $ | $ | $ | |

◬ ARBITRON

Initials here

**Calculation of License Charges:**

*Individual Station Gross Annual Rate:*                    *Percent*

| Station: | See Sch A | $ See Sch A | |
|----------|-----------|-------------|---|
| Station: | | $ | |
| Station: | | $ | |
| Station: | | $ | |
| Station: | | $ | |
| Station: | | $ | |
| Station: | | $ | |
| Station: | | $ | |
| Station: | | $ | |

First Term Year Gross Annual Rate (Combined): $ SeeSchA

LESS DISCOUNTS FOR Arbitron PPM™ Data (Per Section 3):

☒ Continuous Service (10%):                    $ SeeSchA

☒ Group (at beginning of Term)                    $ SeeSchA
  ☒ 10%  ☐ 7.5%  ☐ 5%  ☐ 2.5%

☐ Long-Term Discount:                    $ _____
  ____ % in months ____

FIRST TERM YEAR NET ANNUAL RATE:    $ SeeSchA

Station further understands and agrees that the Net Annual Rate payable during any Term year subsequent to the first Term year will vary in accordance with an applicable Group Discount, any other applicable discount, or any adjustment as specified in Sections 2, 3, 4, 6 and 11 of the Basic License Agreement.

## Software Services Ordered

| Software Licensed | New/ Renew/ Replace- ment | License Start/ End Dates | Rate Yr 1 | Rate Yr 2 | Rate Yr 3 | Rate Yr 4 | Rate Yr 5 | Rate Yr 6 | Rate Yr 7 | % of Annual License Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| TAPSCAN® Systems: | See Sch A | See Sch A | $SeeSchA | $SeeSchA | $ | $ | $ | $ | $ | |
| Includes: | ☐ TAPSCAN ™+ Sales Management  ☐ TAPSCAN ™+ Proposal Management and Revenue  ☐ TAPSCAN ™+ Proposal Management ☐ TAPSCAN ™+ Account Management  ☐ TAPSCAN ™+ Qualitative  ☒ TAPSCAN ™+ Web-Suite  ☐ TAPSCAN ™+ Web ☐ TAPSCAN ™  ☐ MEDIAMASTER™  ☐ QUALITAP™  ☐ PRINTSCAN™  ☐ ScheduleIt  ☐ RSP | | | | | | | | | |
| PPM Analysis Tool™ | | | $ | $ | $ | $ | $ | $ | $ | |
| Get-A-GRIP | | | $ | $ | $ | $ | $ | $ | $ | |
| Other: PDAWeb | See Sch A | See Sch A | $SeeSchA | $SeeSchA | $ | $ | $ | $ | $ | |
| Other: | | | $ | $ | $ | $ | $ | $ | $ | |
| Other: | | | $ | $ | $ | $ | $ | $ | $ | |

Data Delivery:      ☒ Arbitron Downloader
Software Delivery:  ☒ Arbitron Downloader

TRAINING/CONSULTING:
Total Training/Consulting Days: ____ @ $ ____ / day or ____
@ $ ____ / half day = ____

## Billing Options

| Billing Options | Billing Dates | First Invoice Due | Service Ordered | Surveys/Releases Included (First/Last) |
|---|---|---|---|---|
| ☐ Annually ☒ Monthly ☐ Quarterly | See Sch A | See Sch A | See Sch A | See Sch A |
| ☐ Annually ☐ Monthly ☐ Quarterly | | | | |
| ☐ Annually ☐ Monthly ☐ Quarterly | | | | |
| ☐ Annually ☐ Monthly ☐ Quarterly | | | | |
| ☐ Annually ☐ Monthly ☐ Quarterly | | | | |

RSS - PPM RADIO ATTACH. 3/12 #35558 v6                    2                    Initials here

## Terms and Conditions

Any use of a computer system that processes Arbitron Data and/or Reports requires a valid license for such Data and/or Reports.

### Incorporation of Basic License Agreement:

(a) All terms and conditions of the Basic License Agreement are hereby incorporated herein by reference with the same force and effect as if printed at length herein and are applicable to any Service(s) provided hereunder.

(b) In order to receive a license to and access to any Service, Station must be licensed pursuant to the Basic License Agreement.

In the event the Basic License Agreement terminates, expires or becomes suspended for any reason, this Agreement and License(s) shall terminate, expire or become suspended concurrently therewith.

### Mode of Use:

Where use of a computer is necessary to access, receive and use any Services licensed under this Agreement, Station will obtain, from a vendor of its choice, computer equipment and an operating system conforming to the minimum specifications. Station acknowledges that if such conforming equipment and systems are not obtained, the Services may not operate properly.

### Interruptions:

Station agrees that Arbitron is not responsible for computer, Internet and/or telephonic communications interrupted by any Services system failure, telephonic disruptions, weather, acts of God, force majeure or acts of third persons not connected with or controlled by Arbitron; nor for any additional expenses incurred by Station for subsequent and/or additional computer runs necessitated by such disruptions or interruptions.

**SQAD:** SQAD Inc. ("SQAD") is a third party processor providing data which is incorporated within the Services. Licensee is not required to have a license with SQAD, however, the level of Licensee's access to SQAD data in the Services is directly dependent upon whether or not Licensee has a separate license agreement with SQAD. By the signature of its authorized representative below, Licensee declares that the statement on page one regarding its relationship with SQAD is true and accurate as of the date hereof. If Licensee has declared that it is a subscriber to SQAD data, it affirms that it has entered into a written agreement with SQAD for SQAD data and expressly authorizes Arbitron to contact SQAD on Licensee's behalf, disclose Licensee's relationship with Arbitron hereunder and obtain confirmation of Licensee's SQAD license. Arbitron will contact SQAD from time to time for clearance purposes during the term. In the event that SQAD does not confirm Licensee's status, Licensee shall not receive access to the SQAD data in the Services. Licensee acknowledges that Arbitron is entitled to rely upon the representations of both Licensee and SQAD when determining whether to grant Licensee access to the SQAD data. Licensee hereby agrees to hold Arbitron harmless for any and all damages which may result from SQAD's delay in authorizing Licensee's access or from Arbitron's use of or reliance upon any information provided by SQAD or Licensee. This waiver includes, but is not limited to, all injury and all business or economic loss incurred in connection with Licensee's access or lack of access to the SQAD data.

### Restrictions on Station's Use:

(a) Station agrees that it will not provide, loan, lease, sublicense or sell in whole or in part the Arbitron Data and/or Reports and/or Systems, or computer software programs or data included with such Data and/or Reports and/or Systems, to any other party or entity in any form. This restriction extends to, but is not limited to, any and all organizations selling or buying time to or from Station and any and all organizations providing data processing, software or computer services to Station.

(b) Station agrees that it will not use the Arbitron Data and/or Reports under the control of computer programs written by its employees, agents or others except as permitted by the Basic License Agreement. Arbitron makes no commitment to disclose to others the structure, format, access keys or other technical particulars of the Arbitron Data and/or Reports and/or Systems.

Special Terms or Instructions: <u>Memphis renewal agreement includes customized,dedicated programming team support.Dedicated product contact 2 go-to-meeting/book breakouts with members of Flinn/ARB team.On-call service to provide rotating access to the dedicated Flinn/ARB team. Calls are returned with in 24 hours.</u>

Account Manager: McDowell

Account #: 55

---

**AGREED TO**

Flinn Broadcasting Corporation
STATION

6080 Mt. Moriah Road Ext.
ADDRESS

Memphis                                      TN      38115
CITY                                         STATE   ZIP

BY (AUTHORIZED SIGNATURE)

George S. Flinn Jr.
NAME (TYPE OR PRINT NAME OF PERSON SIGNING ABOVE)

General Manager                              9/23/13
TITLE                                        DATE

---

**ACCEPTED BY**

CONTRACT MANAGER

DATE

Arbitron Inc.
9705 Patuxent Woods Drive
Columbia, Maryland 21046-1572

---

Initials here

Arbitron, Inc.
Company Confidential
Schedule A Attachment
September 20, 2013

Flinn Broadcasting Corporation

Schedule A Attachment for

Radio Station License Agreement to Receive and Use Arbitron PPM Data and Estimates dated September 20, 2013

Attachment to Radio Station License Agreement to Receive and Use Arbitron PPM Data and Estimates dated September 20, 2013

| Market | Stations | % Invoiced | Product/Service | | 10/1/2013 Oct 1-Sep 14 | 10/1/2014 Oct 1-Sep 15 |
|--------|----------|-----------|-----------------|---|---|---|
| Memphis, TN | KQKT-FM/WHBQ-FM/WHBQ-AM/WVG-FM/WVGG-LP (FM) | 53.53%'12/1/1 | PPM Data & Estimates | Renewal | 212,105 | 220,583 |
| Memphis, TN | KQKT-FM/WHBQ-FM/WHBQ-AM/WVG-FM/WVGG-LP (FM) | 53.53%'12/1/1 | Respondent Level Data | Renewal | 171,678 | 178,733 |
| Memphis, TN | KQKT-FM/WHBQ-FM/WHBQ-AM/WVG-FM/WVGG-LP (FM) | 53.53%'12/1/1 | Tapscan Worksite | Renewal | 3,158 | 3,281 |
| Memphis, TN | KQKT-FM/WHBQ-FM/WHBQ-AM/WVG-FM/WVGG-LP (FM) | 53.53%'12/1/1 | PD/Web | Renewal | 6,551 | 6,813 |
| Memphis, TN | KQKT-FM/WHBQ-FM/WHBQ-AM/WVG-FM/WVGG-LP (FM) | 53.53%'12/1/1 | Planmaster Fee | Renewal | 14,709 | 15,297 |
| Memphis, TN | KQKT-FM/WHBQ-FM/WHBQ-AM/WVG-FM/WVGGP-LP (FM) | 53.53%'12/1/1 | Meter/Diary DMA Data (E05,RL0) | Renewal | 1,000 | 1,000 |
| | | | | Gross | Code | Code |


4/23/13
Date

| CUST# | CUST NAME | REF DOC# | DOC DATE | DUE DATE | DOC TYPE | AGE | TOTAL (ALL) |
|---|---|---|---|---|---|---|---|
| 10494922 | FLINN Broadcasting Corp | 9390023139 | 2/2/2015 | 3/4/2015 | RV | 243 | $ 17,015.36 |
| 10494922 | FLINN Broadcasting Corp | 9390026200 | 3/2/2015 | 4/1/2015 | RV | 215 | $ 17,265.36 |
| 10494922 | FLINN Broadcasting Corp | 9390029187 | 4/1/2015 | 5/1/2015 | RV | 185 | $ 17,015.36 |
| 10494922 | FLINN Broadcasting Corp | 9390032437 | 5/1/2015 | 5/31/2015 | RV | 155 | $ 17,015.36 |
| 10494922 | FLINN Broadcasting Corp | 9390035136 | 6/1/2015 | 7/1/2015 | RV | 124 | $ 17,265.36 |
| 10494922 | FLINN Broadcasting Corp | 9390037381 | 7/1/2015 | 7/31/2015 | RV | 94 | $ 17,015.36 |
| 10494922 | FLINN Broadcasting Corp | 9390040832 | 8/3/2015 | 9/2/2015 | RV | 61 | $ 17,015.36 |
| 10494922 | FLINN Broadcasting Corp | 9390043517 | 9/1/2015 | 10/1/2015 | RV | 32 | $ 17,265.36 |

$ 136,872.88



EXHIBIT
3

# nielsen
• • • • • • •

## INVOICE

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| **Invoice Number:** | 9390023139 |
| **Invoice Date:** | 02/02/2015 |
| **Customer Number:** | 10506129 |
| **Payment Terms:** | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| CONTINOUS SERVICE 10.00%<br>GROUP DISCOUNT 10.00%<br>KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM Data & Estimates**<br>Markets Included:Memphis-PPM<br>Charge for FEB 2015 | 14,896.08 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PD Advantage SW (PPM Markets)**<br>Charge for FEB 2015 | 1,279.76 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM RLD Data**<br>Markets Included:Memphis-PPM<br>Charge for FEB 2015 | 271.76 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**Tapscan+ Web Suite Radio**<br>Charge for FEB 2015 | 567.76 |
| Continued...... | |

Your Nielsen representative is    Judy L McDowell

Page 1 of 2



EXHIBIT

1



# INVOICE

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| Invoice Number: | 9390023139 |
| Invoice Date: | 02/02/2015 |
| Customer Number: | 10506129 |
| Payment Terms: | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| | |
|---|---|
| Amount Total USD | 17,015.36 |
| Total Tax USD | 0.00 |
| Total Amount Due USD | 17,015.36 |

**Remit Payment To:**
Nielsen Audio, Inc.
PO Box 3228, Carol Stream, IL 60132-3228
**Wire Transfers:**
Bank Name    : CITIBANK USD
Address      : 111 WALL STREET NEW YORK NY 10043
Account No   : 30755869
Routing No   : 021000089
Swift        : CITIUS33

For any Questions about this document, call Accounts Receivable - Majosh James Tel: 866
563 2804 Ext 27412
　　　　　PAST DUE SERVICE CHARGE MAY BE APPLIED IF NOT PAID WITHIN 30 DAYS

Your Nielsen representative is    Judy L McDowell

Page 2 of 2

# nielsen

**INVOICE**

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| Invoice Number: | 9390026200 |
| Invoice Date: | 03/02/2015 |
| Customer Number: | 10506129 |
| Payment Terms: | Due Upon Receipt |

**Bill To:**
PAYABLE, ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| CONTINOUS SERVICE 10.00%<br>GROUP DISCOUNT 10.00%<br>KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM Data & Estimates**<br>Markets Included:Memphis-PPM<br>Charge for MAR 2015 | 14,896.08 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PD Advantage SW (PPM Markets)**<br>Charge for MAR 2015 | 1,279.76 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM RLD Data**<br>Markets Included:Memphis-PPM<br>Charge for MAR 2015 | 271.76 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM Data Clearance for Tapscan**<br>Markets Included:Memphis-PPM<br>Charge for JAN 2015 - MAR 2015 | 250.00 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**Tapscan+ Web Suite Radio** | 567.76 |
| Continued...... | |

Your Nielsen representative is   Judy L McDowell

Page 1 of 2

# nielsen

# INVOICE

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| Invoice Number: | 9390026200 |
| Invoice Date: | 03/02/2015 |
| Customer Number: | 10506129 |
| Payment Terms: | Due Upon Receipt |

**Bill To:**
PAYABLE, ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| Charge for MAR 2015 | |
| Amount Total USD | 17,265.36 |
| Total Tax USD | 0.00 |
| Total Amount Due USD | 17,265.36 |

**Remit Payment To:**
Nielsen Audio, Inc.
PO Box 3228, Carol Stream, IL 60132-3228
**Wire Transfers:**
Bank Name    : CITIBANK USD
Address      : 111 WALL STREET NEW YORK NY 10043
Account No   : 30755869
Routing No   : 021000089
Swift        : CITIUS33

For any Questions about this document, call Accounts Receivable –Priya Mohana Tel:
1-866-563-2804
PAST DUE SERVICE CHARGE MAY BE APPLIED IF NOT PAID WITHIN 30 DAYS

Your Nielsen representative is    Judy L McDowell

Page 2 of 2

# nielsen
• • • • • • • •

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

## INVOICE

| | |
|---|---|
| **Invoice Number:** | 9390029187 |
| **Invoice Date:** | 04/01/2015 |
| **Customer Number:** | 10506129 |
| **Payment Terms:** | Due Upon Receipt |

| **Bill To:** | **Ship To:** |
|---|---|
| PAYABLE,ACCOUNTS | Various |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| KXHT FM | |
| 6080 Mt. Moriah Rd Ext | |
| Memphis, TN 38115 | |
| USA | |

| Description | Amount USD |
|---|---|
| CONTINOUS SERVICE 10.00% | |
| GROUP DISCOUNT 10.00% | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM Data & Estimates** | 14,896.08 |
| Markets Included:Memphis-PPM | |
| Charge for APR 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PD Advantage SW (PPM Markets)** | 1,279.76 |
| Charge for APR 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM RLD Data** | 271.76 |
| Markets Included:Memphis-PPM | |
| Charge for APR 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **Tapscan+ Web Suite Radio** | 567.76 |
| Charge for APR 2015 | |
| | |
| Continued...... | |

Your Nielsen representative is   Judy L McDowell

Page 1 of 2

# nielsen

## INVOICE

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| **Invoice Number:** | 9390029187 |
| **Invoice Date:** | 04/01/2015 |
| **Customer Number:** | 10506129 |
| **Payment Terms:** | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| | |
|---|---:|
| Amount Total USD | 17,015.36 |
| Total Tax USD | 0.00 |
| Total Amount Due USD | 17,015.36 |

**Remit Payment To:**
Nielsen Audio, Inc.
PO Box 3228, Carol Stream, IL 60132-3228
**Wire Transfers:**
Bank Name   :  CITIBANK USD
Address     :  111 WALL STREET NEW YORK NY 10043
Account No  :  30755869
Routing No  :  021000089
Swift       :  CITIUS33

For any Questions about this document, call Accounts Receivable -Priya Mohana Tel:
1-866-563-2804
         PAST DUE SERVICE CHARGE MAY BE APPLIED IF NOT PAID WITHIN 30 DAYS

Your Nielsen representative is    Judy L McDowell

# nielsen
· · · · · · · ·

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

# INVOICE

| Invoice Number: | 9390032437 |
| Invoice Date: | 05/01/2015 |
| Customer Number: | 10506129 |
| Payment Terms: | Due Upon Receipt |

| Bill To: | Ship To: |
|---|---|
| PAYABLE,ACCOUNTS | Various |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| KXHT FM | |
| 6080 Mt. Moriah Rd Ext | |
| Memphis, TN 38115 | |
| USA | |

| Description | Amount USD |
|---|---|
| CONTINOUS SERVICE 10.00% | |
| GROUP DISCOUNT 10.00% | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM Data & Estimates** | 14,896.08 |
| Markets Included:Memphis-PPM | |
| Charge for MAY 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PD Advantage SW (PPM Markets)** | 1,279.76 |
| Charge for MAY 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM RLD Data** | 271.76 |
| Markets Included:Memphis-PPM | |
| Charge for MAY 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **Tapscan+ Web Suite Radio** | 567.76 |
| Charge for MAY 2015 | |
| | |
| Continued...... | |

Your Nielsen representative is    Judy L McDowell

Page 1 of 2

# nielsen

**INVOICE**

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| **Invoice Number:** | 9390032437 |
| **Invoice Date:** | 05/01/2015 |
| **Customer Number:** | 10506129 |
| **Payment Terms:** | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| | |
|---|---|
| Amount Total USD | 17,015.36 |
| Total Tax USD | 0.00 |
| Total Amount Due USD | 17,015.36 |

**Remit Payment To:**
Nielsen Audio, Inc.
PO Box 3228, Carol Stream, IL 60132-3228
**Wire Transfers:**
Bank Name    : CITIBANK USD
Address      : 111 WALL STREET NEW YORK NY 10043
Account No   : 30755869
Routing No   : 021000089
Swift        : CITIUS33

For any Questions about this document, call Accounts Receivable -Priya Mohana Tel:
1-866-563-2804
         PAST DUE SERVICE CHARGE MAY BE APPLIED IF NOT PAID WITHIN 30 DAYS

Your Nielsen representative is    Judy L McDowell

Page 2 of 2

# nielsen



# INVOICE

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| Invoice Number: | 9390035136 |
| Invoice Date: | 06/01/2015 |
| Customer Number: | 10506129 |
| Payment Terms: | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| CONTINOUS SERVICE 10.00%<br>GROUP DISCOUNT 10.00%<br>KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM Data & Estimates**<br>Markets Included:Memphis-PPM<br>Charge for JUN 2015 | 14,896.08 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PD Advantage SW (PPM Markets)**<br>Charge for JUN 2015 | 1,279.76 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM RLD Data**<br>Markets Included:Memphis-PPM<br>Charge for JUN 2015 | 271.76 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM Data Clearance for Tapscan**<br>Markets Included:Memphis-PPM<br>Charge for APR 2015 - JUN 2015 | 250.00 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**Tapscan+ Web Suite Radio** | 567.76 |
| Continued...... | |

Your Nielsen representative is   Judy L McDowell

Page 1 of 2

# nielsen

## INVOICE

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| **Invoice Number:** | 9390035136 |
| **Invoice Date:** | 06/01/2015 |
| **Customer Number:** | 10506129 |
| **Payment Terms:** | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| Charge for JUN 2015 | |
| Amount Total USD | 17,265.36 |
| Total Tax USD | 0.00 |
| Total Amount Due USD | 17,265.36 |

**Remit Payment To:**
Nielsen Audio, Inc.
PO Box 3228, Carol Stream, IL 60132-3228
**Wire Transfers:**
Bank Name    : CITIBANK USD
Address      : 111 WALL STREET NEW YORK NY 10043
Account No   : 30755869
Routing No   : 021000089
Swift        : CITIUS33

For any Questions about this document, call Accounts Receivable ~Priya Mohana Tel: 1-866-563-2804

PAST DUE SERVICE CHARGE MAY BE APPLIED IF NOT PAID WITHIN 30 DAYS

Your Nielsen representative is    Judy L McDowell

Page 2 of 2

# nielsen

## INVOICE

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| **Invoice Number:** | 9390037381 |
| **Invoice Date:** | 07/01/2015 |
| **Customer Number:** | 10506129 |
| **Payment Terms:** | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| CONTINOUS SERVICE 10.00% | |
| GROUP DISCOUNT 10.00% | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM Data & Estimates** | 14,896.08 |
| Markets Included:Memphis-PPM | |
| Charge for JUL 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PD Advantage SW (PPM Markets)** | 1,279.76 |
| Charge for JUL 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM RLD Data** | 271.76 |
| Markets Included:Memphis-PPM | |
| Charge for JUL 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **Tapscan+ Web Suite Radio** | 567.76 |
| Charge for JUL 2015 | |
| | |
| Continued...... | |

Your Nielsen representative is    Judy L McDowell

Page 1 of 2

# nielsen

**INVOICE**

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| **Invoice Number:** | 9390037381 |
| **Invoice Date:** | 07/01/2015 |
| **Customer Number:** | 10506129 |
| **Payment Terms:** | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| | |
|---|---:|
| Amount Total USD | 17,015.36 |
| Total Tax USD | 0.00 |
| Total Amount Due USD | 17,015.36 |

**Remit Payment To:**
Nielsen Audio, Inc.
PO Box 3228, Carol Stream, IL 60132-3228
**Wire Transfers:**
Bank Name   : CITIBANK USD
Address     : 111 WALL STREET NEW YORK NY 10043
Account No  : 30755869
Routing No  : 021000089
Swift       : CITIUS33

For any Questions about this document, call Accounts Receivable -Priya Mohana Tel:
866-563-2804 X 27332
          PAST DUE SERVICE CHARGE MAY BE APPLIED IF NOT PAID WITHIN 30 DAYS

Your Nielsen representative is   Judy L McDowell

Page 2 of 2

# nielsen

**INVOICE**

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| **Invoice Number:** | 9390040832 |
| **Invoice Date:** | 08/03/2015 |
| **Customer Number:** | 10506129 |
| **Payment Terms:** | Due Upon Receipt |

**Bill To:**
PAYABLE, ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| CONTINOUS SERVICE 10.00%<br>GROUP DISCOUNT 10.00%<br>KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM Data & Estimates**<br>Markets Included:Memphis-PPM<br>Charge for AUG 2015 | 14,896.08 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PD Advantage SW (PPM Markets)**<br>Charge for AUG 2015 | 1,279.76 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**PPM RLD Data**<br>Markets Included:Memphis-PPM<br>Charge for AUG 2015 | 271.76 |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM<br>**Tapscan+ Web Suite Radio**<br>Charge for AUG 2015 | 567.76 |
| Continued...... | |

Your Nielsen representative is   Judy L McDowell

Page 1 of 2

# nielsen

**INVOICE**

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| Invoice Number: | 9390040832 |
|---|---|
| Invoice Date: | 08/03/2015 |
| Customer Number: | 10506129 |
| Payment Terms: | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| | |
|---|---|
| Amount Total USD | 17,015.36 |
| Total Tax USD | 0.00 |
| Total Amount Due USD | 17,015.36 |

**Remit Payment To:**
Nielsen Audio, Inc.
PO Box 3228, Carol Stream, IL 60132-3228
**Wire Transfers:**
Bank Name    :  CITIBANK USD
Address      :  111 WALL STREET NEW YORK NY 10043
Account No   :  30755869
Routing No   :  021000089
Swift        :  CITIUS33

For any Questions about this document, call Accounts Receivable -Priya Mohana Tel:
1-866-563-2804
           PAST DUE SERVICE CHARGE MAY BE APPLIED IF NOT PAID WITHIN 30 DAYS

Your Nielsen representative is   Judy L McDowell

Page 2 of 2

# nielsen

**INVOICE**

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| Invoice Number: | 9390043517 |
| Invoice Date: | 09/01/2015 |
| Customer Number: | 10506129 |
| Payment Terms: | Due Upon Receipt |

**Bill To:**
PAYABLE,ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| CONTINOUS SERVICE 10.00% | |
| GROUP DISCOUNT 10.00% | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM Data & Estimates** | 14,896.08 |
| Markets Included:Memphis-PPM | |
| Charge for SEP 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PD Advantage SW (PPM Markets)** | 1,279.76 |
| Charge for SEP 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM RLD Data** | 271.76 |
| Markets Included:Memphis-PPM | |
| Charge for SEP 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **PPM Data Clearance for Tapscan** | 250.00 |
| Markets Included:Memphis-PPM | |
| Charge for JUL 2015 - SEP 2015 | |
| | |
| KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM | |
| **Tapscan+ Web Suite Radio** | 567.76 |
| Continued...... | |

Your Nielsen representative is    Judy L McDowell

Page 1 of 2

# nielsen

**INVOICE**

**NIELSEN AUDIO**
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046-1572
USA

| | |
|---|---|
| Invoice Number: | 9390043517 |
| Invoice Date: | 09/01/2015 |
| Customer Number: | 10506129 |
| Payment Terms: | Due Upon Receipt |

**Bill To:**
PAYABLE, ACCOUNTS
KXHT FM/WIVG FM/WHBQ AM/WHBQ FM/WPGF FM
KXHT FM
6080 Mt. Moriah Rd Ext
Memphis, TN 38115
USA

**Ship To:**
Various

| Description | Amount USD |
|---|---|
| Charge for SEP 2015 | |
| Amount Total USD | 17,265.36 |
| Total Tax USD | 0.00 |
| Total Amount Due USD | 17,265.36 |

**Remit Payment To:**
Nielsen Audio, Inc.
PO Box 3228, Carol Stream, IL 60132-3228
**Wire Transfers:**
Bank Name    :  CITIBANK USD
Address      :  111 WALL STREET NEW YORK NY 10043
Account No   :  30755869
Routing No   :  021000089
Swift        :  CITIUS33

For any Questions about this document, call Accounts Receivable -Priya Mohana Tel:
1-866-563-2804

PAST DUE SERVICE CHARGE MAY BE APPLIED IF NOT PAID WITHIN 30 DAYS

Your Nielsen representative is    Judy L McDowell

Page 2 of 2

Nielsen Audio, Inc. f/k/a Arbitron Inc. v. Flinn Broadcasting Corporation

### Interest Worksheet

| Invoice No. | Invoice Amount | Due date | No. of days thru 3/14/2016 | Interest Per annum | Interest Due |
|---|---|---|---|---|---|
| 9390023139 | $17,015.36 | 4/3/2015 | 346 | 18% | $2,903.33 |
| 9390026200 | $17,265.36 | 5/1/2015 | 318 | 18% | $2,707.59 |
| 9390029187 | $17,015.36 | 5/31/2015 | 288 | 18% | $2,416.65 |
| 9390032437 | $17,015.36 | 6/30/2015 | 258 | 18% | $2,164.91 |
| 9390035136 | $17,265.36 | 7/31/2015 | 227 | 18% | $1,932.77 |
| 9390037381 | $17,015.36 | 8/31/2015 | 196 | 18% | $1,644.66 |
| 9390040832 | $17,015.36 | 10/3/2015 | 163 | 18% | $1,367.76 |
| 9390043517 | $17,265.36 | 10/31/2015 | 135 | 18% | $1,149.45 |
| Total | $136,872.88 | | | | $16,287.12 |

| | |
|---|---|
| Total Past Due Principal | $136,872.88 |
| Prejudgment Interest | $16,287.12 |
| Subtotal | $153,160.00 |
| Attorneys' Fees (15%) | $22,974.00 |
| TOTAL DUE | $176,134.00 |

